PROB 12C
(6/16)

Report Date: March 30, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trampus Sterling Walker          Case Number: 0980 1:20CR02009-SAB-1

Address of Offender:                    Moxee, Washington 98936

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:       Prison - 115 months          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Thomas J. Hanlon             Date Supervision Commenced: December 20, 2019

Defense Attorney:         Federal Defenders Office    Date Supervision Expires: December 19, 2024

## PETITIONING THE COURT

To issue a summons.

On December 20, 2019, supervised release conditions were reviewed and signed by Mr. Walker acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

        1            **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

                     **Supporting Evidence**: Mr. Walker is considered to be in violation of his term of supervised release by being arrested and charged with violation of a domestic violence protection order, second degree criminal trespass, and second degree vehicle prowling on March 29, 2022, (citation number 2A0074393).

                     On March 30, 2022, this officer received notification Mr. Walker had been arrested and booked into the Yakima County Jail the evening of March 29, 2022, on the above noted charges. Selah Police Department (SPD) case number 22H0811 was received March 30, 2022.

                     According to the police report, on March 29, 2022, SPD received a call from Mr. Walker's ex-girlfriend stating Mr. Walker had been in her vehicle that was parked at her residence (active protection order case number 21-2-01664-39). Upon officer's arrival, Mr. Walker's

Prob12C
**Re: Walker, Trampus Sterling**
**March 30, 2022**
**Page 2**

ex-girlfriend (victim) and her boyfriend (reporting party) pointed officers in the direction of Mr. Walker and stated he was yelling and screaming. Both the victim and reporting party advised Mr. Walker was getting back into his vehicle leaving the area.

Officers were unable to locate Mr. Walker. According to the victim, Mr. Walker had sent her a photo via text message from inside her vehicle, which was located in the apartment parking lot approximately 50 feet from her residence. The male reporting party stated he walked outside to see what was going on and saw Mr. Walker getting out of the victim's vehicle. The male reporting party stated he told Mr. Walker to leave, which Mr. Walker replied, "don't be tough."

Mr. Walker was located later this date at his listed residence by Moxee Police Department and was arrested. According to the police report, Mr. Walker advised he had visited the victim's residence earlier in the morning around 7 a.m. in an attempt to drop off "cat supplies" and a few other pieces of property. Mr. Walker advised the victim did not want to talk to him at that time. According to the police report, Mr. Walker also informed officers that on multiple occasions to include March 28, 2022, the victim and her children spent the night at his residence. Mr. Walker stated he was aware of the no contact order; however, stated the victim told him she had gotten it removed. According to the police report the victim advised she had a new boyfriend and Mr. Walker saw his truck at her residence. The victim said Mr. Walker sent a picture to her earlier in the day standing down the road from her apartment asking her to meet with him and "bring your man." The victim also stated he threatened to put nails behind her tires, let the air out of her tires, and loosen the lug nuts on her vehicle. The victim advised Mr. Walker's behavior has escalated since he found out about her new boyfriend.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 30, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
Re: Walker, Trampus Sterling
March 30, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

3/31/2022
Date