PROB 12C
(6/16)

Report Date: July 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trampus Sterling Walker     Case Number: 0980 1:20CR02009-SAB-1

Address of Offender:     Moxee, Washington 98936

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 20, 2019 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: December 19, 2024 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 30, 2022.

On December 20, 2019, supervised release conditions were reviewed and signed by Mr. Walker acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**:  Mr. Walker is considered to be in violation of his term of supervised release by being arrested and charged with fourth degree assault on July 15, 2022, (case number 22C11145).<br><br>On July 18, 2022, this officer received notification that Mr. Walker had been arrested and booked into the Yakima County Jail the evening of July 15, 2022, on the above-noted charges. The Yakima County Sheriff's Office (YSO) report was received on July 18, 2022, pertaining to case number  22C11145. |

Prob12C
**Re: Walker, Trampus Sterling**
**July 18, 2022**
**Page 2**

According to the police report, officers were dispatched to 71 Beane Road, Moxee, Washington, for a report of a domestic dispute. Upon arrival, officers spoke with the female victim, who stated she was assaulted by Mr. Walker. The victim advised she called Mr. Walker's brother, who arrived at the residence and called 911 to report the assault.

According to the report, it was apparent the female victim was intoxicated, due to the smell of alcohol, her slurred speech, and difficulty forming sentences and maintaining a single train of thought. The victim stated she has been dating Mr. Walker for approximately 3 months and it is an intimate relationship. The victim arrived at the residence earlier on the afternoon of July 15, 2022, and they started drinking. Mr. Walker was looking at her cell phone and saw she had been texting her ex-boyfriend, which made Mr. Walker angry. According to the report, they began to argue, eventually leading to Mr. Walker pushing her up against the wall. Officers asked the victim to provide more details, but she started crying and then talked about past incidents of Mr. Walker pushing her. The victim then lifted her shirt and showed a large black and blue bruise on her lower front stomach. The victim then turned to her left and showed another large black and blue bruise on her upper right thigh, just below her buttocks. The victim stated Mr. Walker caused both of the injuries this date by punching her with his fist. The victim stated Mr. Walker had pushed her up against the wall. After the struggle, Mr. Walker ran out of the residence and left the area.

Per the report, officers searched the area around the residence, corral and sheds, but were unable to locate Mr. Walker. Per the report, officers then left the area and advised the victim to call them if he returned. According to the report, less then 5 minutes after officers left, they received notice Mr. Walker called the Yakima County Sheriff's Office and advised he had returned to the residence. Per the police report, Mr. Walker was escorted to a patrol vehicle, where he was searched and all of his property was inventoried for booking.

According to the report, Mr. Walker was read his Miranda warnings, which he stated he understood and was willing to speak with officers. Officers advised Mr. Walker he was being arrested for fourth degree assault domestic violence (DV) which he stated he did not assault the victim. Officers asked Mr. Walker about the bruise on the victim's stomach, which he stated was caused by a BB gun, and had occurred earlier in the week. Officers then asked Mr. Walker about the bruise on the back side of the victim's upper right thigh, which Mr. Walker advised he did not know how that was caused. Per the police report, officers spoke with the victim who again stated she did not want Mr. Walker arrested. Officers asked the victim about the bruises again and specifically asked if Mr. Walker caused them. The victim mentioned being pushed and hit in the past. The victim stated the bruise on her stomach was caused by a BB gun, however, the bruise on her thigh was caused by Mr. Walker kicking her when he pulled the mattress out from underneath her during the text message argument. The victim then showed officers a couple of smaller light bruises on her right arm, which she stated was caused by Mr. Walker grabbing a hold of her arm tightly.

Per the report, officers took pictures of the bruises, and asked if she would be willing to submit a written statement, which she refused again. Officers then transported Mr. Walker to the jail where he was booked for fourth degree assault DV. To be noted, officers took pictures of Mr. Walker at the jail, documenting the dirt on his jeans from hiding from law enforcement during the initial investigation.

Prob12C
**Re: Walker, Trampus Sterling**
**July 18, 2022**
**Page 3**

| | | |
|---|---|---|
| 3 | | **Special Condition #5:** Defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence:** Mr. Walker is considered to be in violation of his term of supervised release by consuming alcohol on July 15, 2022.

On July 18, 2022, this officer received notification Mr. Walker had been arrested and booked into the Yakima County Jail the evening of July 15, 2022, for forth degree assault DV by the Yakima County Sheriff's Office (YSO). The report was received on July 18, 2022, pertaining to case number 22C11145.

According to the police report, Mr. Walker and the victim were consuming alcohol when the incident occurred. Officers noted in the report the victim was under the influence and the victim stated "earlier in the afternoon we were drinking."

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 30, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 18, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Prob12C
Re: Walker, Trampus Sterling
July 18, 2022
Page 4

*[Signature]*
Signature of Judicial Officer

7/19/2022
Date