PROB 12C
(6/16)

Report Date: August 22, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2022

SEAN F. McAVOY, CLERK

### Petition to Incorporate for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Trampus Sterling Walker | Case Number: 0980 1:20CR02009-SAB-1 |
| Address of Offender: ███████████  Washington 98936 | |

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 20, 2019 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | December 19, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, and July 18, 2022.

On December 20, 2019, supervised release conditions were reviewed and signed by Mr. Walker acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #8**: Defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not mora than 104 Breathalyzer tests annually during the period of supervision. Defendant is to pay all or part of the costs or testing as determined by the United States Probation Office.<br><br>**Supporting Evidence**: Mr. Walker is considered to be in violation of his term of supervised release by failing to show for random drug testing at Merit Resource Services (Merit) on August 18, 2022<br><br>On July 28, 2022, Mr. Walker appeared before United States Magistrate Judge Alex C. Ekstrom for a detention hearing on violation petition ECF. 29. Mr. Walker was released onto supervision pending his a revocation hearing to be held before United States District Judge Stanley A. Bastian, on September 21, 2022. |

Prob12C
**Re: Walker, Trampus Sterling**
**August 22, 2022**
Page 2

Upon release from custody, Mr. Walker was placed onto Merit's random colorline testing program to begin July 29, 2022. Mr. Walker was directed to call Monday through Friday and listen for his designated color. If his color was called, he had between 8 a.m. and 5:30 p.m to submit a drug test. Mr. Walker is subject to 3 random drug tests per month on this colorline system.

On August 19, 2022, this officer received written notice from Merit advising Mr. Walker failed to report for random drug testing on August 18, 2022.

On August 22, 2022, this officer made telephone contact with Mr. Walker about missing his random drug test at Merit, on August 18, 2022. Mr. Walker stated "I don't know how I missed the test, I check every morning."

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, and July 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 22, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/23/2022
Date