PROB 12C
(6/16)

Report Date: August 23, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2022

SEAN F. McAVOY, CLERK

**Petition to Incorporate for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Trampus Sterling Walker | Case Number: 0980 1:20CR02009-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Washington 98936 | |

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 20, 2019 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | December 19, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, July 18, and August 22, 2022.

On December 20, 2019, supervised release conditions were reviewed and signed by Mr. Walker acknowledging an understanding of his conditions.

On July 29, 2022, Mr. Walker reviewed release order ECF 32, dated July 28, 2022, and the location monitoring participant agreement acknowledging an understanding of his additional conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Additional Conditions of Release (ECF 32) #1**: GPS Monitoring: Defendant shall participate in a program of GPS confinement. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office. Home Detention: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment. |

Prob12C
**Re: Walker, Trampus Sterling**
**August 23, 2022**
**Page 2**

**Supporting Evidence**: Mr. Walker is considered to be in violation of his term of supervised release by deviating from his approved location monitoring schedule on August 22, 2022.

On July 28, 2022, Mr. Walker appeared before United States Magistrate Judge Alex C. Ekstrom for a detention hearing on violation petition, ECF 29. Mr. Walker was released onto supervision pending his a revocation hearing to be held before Chief United States District Judge Stanley A. Bastian, on September 21, 2022.

Upon release from custody, Mr. Walker was placed on location monitoring with Global Positioning System (GPS) and home detention. Mr. Walker signed the location monitoring GPS participant agreement on July 29, 2022, and was provided a copy. Per the participant agreement, number 2, it states: "I will remain at my approved residence at all times, except for activities approved in advance by my supervising officer. All schedules must be submitted to my supervising officer three (3) business days in advance of my requested schedule. However, consideration can be given for unanticipated changes such as urine testing, immediate medical needs, legal matters, and unforeseen employment changes. Regularly scheduled activities are listed below and/or on a Daily Activity Form, which remains in effect until modified by my supervising officer."

On August 22, 2022, this officer, while reviewing Mr. Walker's daily activities in the BI Total Access program, observed Mr. Walker at the East Valley Market located at 7206 Postma Road, Moxee, Washington, at approximately 5:56 a.m., and then again at approximately 9 a.m. on August 22, 2022. Mr. Walker did not provide this location on his daily activity form, which he submits every Monday.

On August 22, 2022, this officer made telephone contact with Mr. Walker asking about the deviation. He stated the following: "Yes we've been pulling thistle and I needed gloves. I also went later for Powerade. It's literally one mile from my work. It's closer than my house. It's not a social place or for any social situation. Again looking for any reason to find a problem, and no it wasn't on my schedule I sent that before I left the house. When do we have court next? Let me put in my two weeks and I'll just go to jail then. My God. I've done nothing wrong but every second you're finding a reason to try to violate me. I know... "Well I will have to report this to the courts." I honestly don't care anymore. This isn't worth it."

To be noted, Mr. Walker has been under location monitoring twice while on post conviction supervision and while on pretrial supervision, he is familiar with the program and has copies of all documents regarding the requirements of location monitoring and providing a detailed daily log of his activities.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, July 18, and August 22, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 23, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Walker, Trampus Sterling**
**August 23, 2022**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/24/2022
Date