PROB 12C
(6/16)

Report Date: August 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. McAVOY, CLERK

### Petition to Incorporate for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Trampus Sterling Walker | Case Number: 0980 1:20CR02009-SAB-1 |
| Address of Offender: ███████████ Washington 98936 | |

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 20, 2019 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | December 19, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, July 18, and August 22 and 23, 2022.

On December 20, 2019, supervised release conditions were reviewed and signed by Mr. Walker acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #8**: Defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not mora than 104 Breathalyzer tests annually during the period of supervision. Defendant is to pay all or part of the costs or testing as determined by the United States Probation Office.<br><br>**Supporting Evidence**: Mr. Walker is considered to be in violation of his term of supervised release by failing to show for random drug testing at Merit Resource Services (Merit) on August 25, 2022.<br><br>On July 28, 2022, Mr. Walker appeared before United States Magistrate Judge Alex C. Ekstrom for a detention hearing on violation petition ECF. 29. Mr. Walker was released onto supervision pending his revocation hearing to be held before Chief United States District Judge Stanley A. Bastian on September 21, 2022. |

Prob12C
**Re: Walker, Trampus Sterling**
**August 29, 2022**
Page 2

Upon release from custody, Mr. Walker was placed onto Merit's random colorline testing program to begin July 29, 2022. Mr. Walker was directed to call Monday through Friday and listen for his designated color. If his color was called, he had between 8 a.m. and 5:30 p.m. to submit a drug test. Mr. Walker is subject to three random drug tests per month on this colorline system.

On August 26, 2022, this officer received written notice from Merit advising Mr. Walker failed to report for random drug testing on August 25, 2022.

On August 26, 2022, this officer texted Mr. Walker about missing his random drug test at Merit on August 25, 2022. Mr. Walker texted this officer the following: "Yes, yesterday I was going to talk to you about it during the home visit. My Mom came and got her car. I wasn't able to go meet with Ben either. My Durango has been at the mechanic for weeks. My boss is picking me up to go to work and back. I was just explaining to Ben and Mr. Zepeda over the phone last night that I don't have a mode of transport right now."

To be noted, Mr. Walker and this officer exchanged text messages on August 25, 2022, to reschedule the above-noted home visit, however, he did not mention his drug test. He also did not contact this officer on August 26, 2022, until this officer contacted him about missing the random drug test. Mr. Walker has reliable family (his mother and stepfather), whom have stated they can provide transportation for him to meet his court ordered requirements and obligations when this officer has spoken with them previously.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 30, July 18, and August 22 and 23, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 29, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Walker, Trampus Sterling**
**August 29, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/30/2022
Date