PROB 12C
(6/16)

Report Date: October 11, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Trampus Sterling Walker | Case Number: 0980 1:20CR02009-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓ Moxee, Washington 98936 | |

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/21/2022) | Prison - 0 days<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 21, 2022 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: December 19, 2024 |

## PETITIONING THE COURT

To issue a summons.

On September 21, 2022, Trampus Sterling Walker participated in a supervised release revocation hearing. The conditions of his supervised release were reviewed with Mr. Walker during the hearing.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**:  Mr. Walker is considered to be in violation of his term of supervised release by being arrested and charged with violation of court order - domestic violence- Revised Code of Washington (RCW) 7.105.450(1) and RCW 10.99.020 (8), on October 7, 2022, Yakima County District Court case  number 2A0457982.<br><br>On October 7, 2022, Mr. Walker called this officer from the Yakima County Jail. He reported he was arrested at the car wash in Moxee, Washington, for violating a no contact order. This officer contacted Mr. Walker at the jail on October 8, 2022, to remove his location monitoring device.  During that contact, Mr. Walker once again stated he was in his car with H.M. who was an alleged victim of a previous domestic violence assault where the offender was the suspect. |

Prob12C
**Re: Walker, Trampus Sterling**
October 11, 2022
Page 2

According to the police report for incident 22M0962, the following occurred: On October 7, 2022, at approximately 1722 hours, a concerned citizen contacted an officer with the Moxee Police Department (MPD). The concerned citizen reported a verbal domestic situation going on between a male and a female in a tan/silver Dodge Durango located at 300 W. Seattle Avenue in Moxee, Washington. MPD responded to the location and observed a silver Dodge Durango parked by the car wash connected to the gas station. MPD observed a male, later identified as the offender, and a female, H.M., involved in what appeared to be a heated argument. As MPD walked up to the vehicle the officer could hear the offender saying "you listen here" with a raised voice, and H.M. appeared to be visually upset.

Mr. Walker provided MPD with his driver's license and H.M. verbally identified herself. MPD ran the offender through dispatch and learned there was a valid and served protection order between the offender and H.M. Mr. Walker is the respondent and H.M. is the protected party.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2022

s/Phil J. Casey

Phil J. Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

10/11/2022
Date