PROB 12C
(6/16)

Report Date: January 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trampus Sterling Walker    Case Number: 0980 1:20CR02009-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓   Moxee, Washington 98936

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 10, 2012

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 115 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/21/2022) | Prison - 0 days<br>TSR - 27 months | |
| Revocation Sentence:<br>(11/29/2022) | Prison - 2 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: December 22, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On December 21, 2022, Mr. Trampus Sterling Walker signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**:  Mr. Walker is considered to be in violation of his term of supervised release by being arrested and charged with Violation of Court Order - Domestic Violence- Revised Code of Washington (RCW) 7.105.450, on January 6, 2023, Yakima County District Court case number 3A0057680.<br><br>On January 6, 2023, this officer completed a home visit at Mr. Walker's residence in Moxee, Washington.  During the home visit, there was a female in the shower who was unavailable |

Prob12C
**Re: Walker, Trampus Sterling**
**January 9, 2023**
Page 2

to speak with this officer. Mr. Walker stated the female in the shower was his friend and stated it was not H.M., with whom he has an active no contact order. This officer informed the offender that the license plate on the unknown vehicle in the drive way would be ran and there would be an issue if the vehicle was registered to H.M.

This officer returned to the office and determined the vehicle was not registered to H.M.; however, the registered owner had the same address as H.M. After learning about the address associated with the vehicle, this officer and a deputy from the Yakima County Sheriff's Office (YSO) returned to Mr. Walker's address to speak with him.

Upon arrival, Mr. Walker initially stated H.M. was not at the residence. When questioned again, Mr. Walker admitted that H.M. was in the living room of the residence. YSO spoke with H.M. and she confirmed her name and birth date. Mr. Walker was arrested by YSO after the no contact order was verified. He was transported to Yakima County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 9, 2023

s/Phil J. Casey

Phil J. Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/9/2023
Date